USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/9/10

FOX ROTHSCHILD LLP
Carolyn D. Richmond, Esq.
Eli Z. Freedberg, Esq.
100 Park Avenue, Suite 1500
New York, NY 10017
(212) 878-7900

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| IZUMI TEZUKA and MIHO OGAWA, individually, and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>E.OCHI, INC., YASUTOMO KAWANO, and KAZUO WAKAYAMA,<br><br>Defendants. | ECF Case<br><br>No. 09 Civ. 10140 (MGC)<br><br>STIPULATION EXTENDING TIME TO RESPOND TO PLAINTIFFS' COMPLAINT AND TOLLING AGREEMENT |

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for the respective parties that:

1. The deadline for Defendants, E. Ochi, Inc., Yasutomo Kawano, and Kazuo Wakayama ("Defendants"), to answer, move or otherwise respond to Plaintiffs' Complaint filed on December 11, 2009, shall be extended to February 15, 2010.

2. The statute of limitations for claims under the Fair Labor Standards Act is tolled as to non exempt persons employed by Defendants in any tipped position who elect to opt-in to this action ("Putative Opt-In Plaintiffs") until February 15, 2010.

Dated: New York, New York
February 5, 2010

By: /s/ Brian S. Schaffer
Brian S. Schaffer
FITAPELLI & SCHAFFER, LLP
1250 Broadway, Suite 3701
New York, NY 10001
*Attorneys for Plaintiffs*

By: /s/ Eli Z. Freedberg
Eli Z. Freedberg
FOX ROTHSCHILD, LLP
100 Park Avenue, Suite 1500
New York, NY 10017
*Attorneys for Defendants*

Dated: New York, New York
February 9, 2010

SO ORDERED.